UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEZO EDWARDS, | No. 2:24-cv-2269 AC |
| Petitioner, | |
| v. | ORDER |
| SLIVER, Associate Warden, et al., | |
| Respondents. | |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with a request to proceed in forma pauperis. In his application, petitioner challenges a disciplinary conviction while an inmate at the United States Penitentiary in Atwater, California. Petitioner is confined in Merced County which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. This court will not rule on petitioner's request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of

1

1  California sitting in Fresno; and

2     3. All future filings shall reference the new Fresno case number assigned and shall be
3  filed at:

      United States District Court
      Eastern District of California
      2500 Tulare Street
      Fresno, CA 93721

6  DATED: September 16, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2